# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00064-CV

**Danielle Marsha Ann Weber, Appellant**

**v.**

**Jonathan Nicholas Weber, Appellee**

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 395TH JUDICIAL DISTRICT
NO. 03-1924-F395, HONORABLE MICHAEL JERGINS, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Danielle Marsha Ann Weber filed a notice of appeal January 13, 2004. The district clerk's office of Williamson County notified this Court that appellant did not pay for, or make arrangements for payment, for the clerk's record. No affidavit of indigence was filed. *See* Tex. R. App. P. 35.3(a) (party must pay fee, make payment arrangements, or be entitled to appeal without paying to trigger clerk's responsibility to prepare record). On March 11, 2004, this Court informed appellant that she had to notify us of the status of the appeal by March 22, 2004. Appellant was cautioned that if she did not respond, her appeal would be dismissed for want of prosecution.

Appellant has not responded to the Court's notice. Accordingly, we dismiss the appeal for want of prosecution. Tex. R. App. P. 37.3(b), 42.3(b).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed for Want of Prosecution

Filed: April 8, 2004

2